Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HECTOR ESPINOZA,<br><br>　　　　　　　　　Defendant. | NO. 2:21-cr-00097-RAJ<br><br>ORDER GRANTING MOTION TO SEAL |

Having considered the Government's Motion to Seal and because of the sensitive information contained in the Government's Sentencing Memorandum and Exhibits,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. # 187) is GRANTED. The Government's Sentencing Memorandum and Exhibits shall remain sealed.

DATED this 23rd day of September, 2022.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Hector Espinoza* / 2:21-cr-00097-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970