Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. 2:21-cr-00097-RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL |
| HECTOR ESPINOZA, | |
| Defendant. | |

Having considered Defendant Hector Espinoza's Motion to Seal, and because of the sensitive information contained therein,

It is hereby ORDERED that the Defendant's Motion to Seal (Dkt. # 189) is GRANTED. Defendant Hector Espinoza's Sentencing Memorandum shall remain sealed.

DATED this 23rd day of September, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge