Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HECTOR ESPINOZA,<br><br>Defendant. | NO. 2:21-cr-00097-RAJ<br><br>ORDER TO UNSEAL DOCUMENT |

Based on the Court's oral order on September 23, 2022, it is hereby ORDERED that the Government's Sentencing Memorandum is unsealed and the exhibits shall remain sealed per Dkt. 191.

DATED this 7th day of October, 2022.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO UNSEAL DOCUMENT - 1
*United States v. Hector Espinoza* / 2:21-cr-00097-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970